JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KENNETH DAVIDSON,
Plaintiff,

v.

TODO TRANQUILO LLC, et al.,

Defendants.

Case No. CV 26-6127 FMO (SKx)

**JUDGMENT**

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge